1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CHARLES PARKER (CABN 283078)
   Special Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-7149
      Fax: (415) 436-7009
7     E-Mail: Charles.Parker@usdoj.gov

8  Attorneys for Plaintiff

9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE DIVISION
12

13
   UNITED STATES OF AMERICA,            )   No. CR-12-750 LHK
14                                      )
         Plaintiff,                     )   STIPULATION TO EXLUDE TIME
15                                      )   UNDER THE SPEEDY TRIAL ACT
         v.                             )
16                                      )
   FIDENCIO MORENO, et al.,             )
17                                      )
         Defendant.                     )
18 ─────────────────────────────────    )

19      The initial appearance in this matter took place on November 6, 2012.  Discovery was

20 provided by the United States to the Fidencio Moreno and Elena Moreno.  It is anticipated

21 discovery will be provided to Arturo Moreno before the end of the week.  The defendants will be

22 reviewing the discovery until the date of the status hearing currently scheduled before the Court

23 on December 5, 2012.

24 //

25 //

26 //

27 //

28 //

For these reasons, IT IS STIPULATED AND AGREED that time under the Speedy Trial Act be excluded from November 6, 2012, until December 5, 2012, because the ends of justice outweigh the best interest of the public and the defendant in a speedy trial, for effective preparation of defense counsel, and taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: November 7, 2012			Respectfully submitted,


						MELINDA HAAG
						United States Attorney


						 /s/ Charles Parker
						CHARLES PARKER
						Special Assistant United States Attorney
						Tax Division


						 /s/ Nanci L. Clarence
						NANCI L. CLARENCE
						Attorney for Defendant Elena Moreno


						 /s/ Jay R. Weill
						JAY R. WEILL
						Attorney for Defendant Fidencio Moreno


						 /s/ Leland B. Altschuler
						LELAND B. ALTSCHULER
						Attorney for Defendant Arturo Moreno

STIPULATION TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT
No. 12-750 LHK                    2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 12-750 LHK |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| FIDENCIO MORENO, et al., | ) | |
| Defendant. | ) | |

Good cause appearing therefor, IT IS ORDERED that time under the Speedy Trial Act be excluded until December 5, 2012, because the ends of justice outweigh the best interest of the public and the defendant in a speedy trial, for effective preparation of defense counsel, and taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: November  9 , 2012

HONORABLE PAUL S. GREWAL
United States Magistrate Judge