**Filed**

JAN 14 2013

RICHARD W. WIEKING
CLERK, U.S. DIST...
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-750 LHK |
| Plaintiff, ) | |
| v. ) | [proposed] ORDER TO UNSEAL SEARCH WARRANT |
| FIDENCIO MORENO, ) ARTURO MORENO, and ) ELENA MORENO, ) | |
| Defendants. ) | |

For the reasons stated in the United States' Motion to Unseal Search Warrant, the search warrant issued in this case and sealed by order dated November 8, 2012, is unsealed.

IT IS SO ORDERED.

Dated:

HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

*Denied without prejudice.*
*No reason for unsealing was given in the United States' Motion.*

*Lucy H. Koh*
*U.S. District Judge*

1/11/13

United States' Motion to Unseal Search Warrant
Case No. CR 12-750 LHK
2