JAY R. WEILL (State Bar No. 75434)
E-Mail: *jweill@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for Defendant
FIDENCIO MORENO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 12-750 LHK |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION TO UNSEAL SEARCH WARRANT AFFIDAVIT |
| v. | |
| FIDENCIO MORENO, ARTURO MORENO, AND ELENA MORENO, | |
| Defendants. | |

## ORDER

Upon the motion of the defendants, the Search Warrant Affidavit which was sealed pursuant to an order dated July 12, 2012, is unsealed.

**IT IS THEREFORE ORDERED.**

Dated: January 23, 2013

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Court Judge

6840-1\1663642v1

1     Case No.: CR 12-750 LHK
[PROPOSED] ORDER GRANTING MOTION TO UNSEAL SEARCH WARRANT AFFIDAVIT