UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FIDENCIO MORENO,<br>ARTURO MORENO, AND<br>ELENA MORENO<br><br>Defendants. | No. CR 12-750 LHK<br><br>[proposed] ORDER FOR ADMINISTRATIVE RELIEF |

   Good cause appearing therefore, IT IS ORDERED that that United States is granted leave to file an amended declaration of Special Agent Scott Geissler.

Dated: ~~May~~ June 5, 2013

_____
HONORABLE LUCY H. KOH
United States District Court Judge