JAY R. WEILL (State Bar No. 75434)
E-Mail:      jweill@sideman.com
ANDREW R. J. MUIR (State Bar No. 284817)
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3629
Telephone:   (415) 392-1960
Facsimile:   (415) 392-0827

Attorneys for Defendant
FIDENCIO MORENO

**FILED**

JUN 20 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FIDENCIO MORENO, ARTURO MORENO, AND ELENA MORENO,<br><br>Defendants. | Case No. CR 12-750 LHK<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING RE: CHANGE OF PLEA |

The parties hereby stipulate and request that the change of plea and/or trial setting hearing currently set for June 24, 2014, be continued so that the parties may further explore resolution of the case. We had hoped that plea negotiations could be concluded by June 24, 2014 but that does not seem realistic. The parties agree and stipulate that the hearing be continued to July 30, 2014.

IT IS FURTHER STIPULATED AND AGREED that time under the Speedy Trial Act be excluded from June 24, 2014, until July 30, 2014, because the ends of the justice outweigh the best interest of the public and the defendant in a speedy trial, for effective preparation of defense counsel, and taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED: June 19, 2014 | Respectfully submitted, |
| 2 | | SIDEMAN & BANCROFT LLP |
| 4 | | By: /s/ Jay R. Weill |
| 5 | | Jay R. Weill<br>Attorneys for Defendant Fidencio Moreno |
| 7 | DATED: June 19, 2014 | LAW OFFICE OF LELAND B. ALTSCHULER |
| 9 | | By: /s/ Leland B. Altschuler |
| 10 | | Leland B. Altschuler<br>Attorneys for Defendant Arturo Moreno |
| 11 | DATED: June 19, 2014 | CLARENCE DYER & COHEN LLP |
| 13 | | By: /s/ Nanci L Clarence |
| 14 | | Nanci L. Clarence<br>Attorneys for Defendant Elena Moreno |
| 16 | DATED: June 19, 2014 | MELINDA HAAG<br>UNITED STATES ATTORNEY |
| 18 | | By: /s/ Todd P. Kostyshak |
| 19 | | Todd Kostyshak<br>Trial Attorney<br>Tax Division |

**ORDER**

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the hearing set for June 24, 2014 be continued to July 30, 2014.

IT IS SO ORDERED.

Dated _____

_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

*[Handwritten annotation:]* DENIED. Time for plea negotiations is not a basis to exclude Speedy Trial time. Please submit a new stipulation.

6/20/14
*/s/ Lucy H. Koh*
U.S. District Judge

6831-1\2075148v1

Case No.: CR 12-750 LHK
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING RE: CHANGE OF PLEA

SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3629